PROB 22
(Rev. 01/24)

| | DOCKET NUMBER *(Tran. Court)* |
| --- | --- |
| | 2:09-CR-00068-VAP-15 |

## TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Rec. Court)* |
| --- |
| 2:25-cr-00012-CDS-BNW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| | Central District of California | Western |

Mr. Joseph Hines

Las Vegas, Nevada 89106

✔ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON

**JAN 13 2025**

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ AMMi _____ DEPUTY

| NAME OF SENTENCING JUDGE |
| --- |
| Virginia A. Phillips |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM January 9, 2015 | TO January 8, 2030 |
| --- | --- | --- |

**OFFENSE**

18 U.S.C. §2252A(a) (3) (B) - Conspiracy to Solicit Child Pornography

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Hines appears to have violated his conditions of supervised release. Transfer of jurisdiction is recommended to address violation conduct in the district of residence.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ CENTRAL _____ DISTRICT OF _____ CALIFORNIA _____

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction.   This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____ January 6, 2025 _____
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ Nevada _____

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____ January 15, 2025 _____
*Effective Date*

_____
Cristina D. Silva, *United States District Judge*